# Court of Appeals
# of the State of Georgia

ATLANTA,  May 30, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1512.  LARRY BOWLING v. HOMER BRYSON.**

Prison inmate Larry Bowling filed a mandamus petition seeking credit for time served on house arrest while awaiting trial.  The respondent filed a motion to dismiss the petition, which the trial court granted.  Bowling filed this direct appeal, and the respondent has filed a motion to dismiss the appeal for lack of jurisdiction.

Ordinarily, judgments and orders granting or refusing to grant mandamus relief are directly appealable.  See OCGA § 5-6-34 (a) (7).  Because Bowling is incarcerated, however, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq.  Under OCGA § 42-12-8, "[a]ppeals of all actions filed by prisoners shall be as provided in Code Section 5-6-35," the discretionary appeals statute.  "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Bowling's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal.  See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997).  Accordingly, the respondent's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/30/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*